458 A.2d 281

Commonwealth v. Bolden, Appellant.

Submitted January 20, 1983. Kimberly Hamilton, Assistant Public Defender, for appellant; Sheryl A. Serratta, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and HOFFMAN, JJ.

Judgment of sentence affirmed.